# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 18, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

Rehearing No. 537

5 November 2006

130194
130196

THE GREATER BIBLE WAY TEMPLE OF
JACKSON,
         Plaintiff-Appellee,

v

CITY OF JACKSON, JACKSON PLANNING
COMMISSION, and JACKSON CITY COUNCIL,
         Defendants-Appellants.
-----------------------------------------------------------------

THE GREATER BIBLE WAY TEMPLE OF
JACKSON,
         Plaintiff-Appellee,

v

CITY OF JACKSON, JACKSON PLANNING
COMMISSION, and JACKSON CITY COUNCIL,
         Defendants-Appellants.

_____

SC: 130194, 130196
COA: 250863, 255966
Jackson CC: 01-003614-AS

In this cause, a motion for rehearing is considered and it is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

September 18, 2007


Clerk